CIVIL ACTION NO.: 4:13-cv-01291

JURY DOCKET

| | |
|---|---|
| DAN HAVEL, and § <br> DEAN RUCK, § <br>     PLAINTIFFS, § <br> § <br> V. § <br> § <br> HONDA MOTOR COMPANY LTD., § <br> HONDA MOTOR EUROPE LTD., § <br> HONDA OF THE U.K. § <br> MANUFACTURING LIMITED, § <br> DENTSU MCGARRY BOWEN LLC, § <br> DENTSU MCGARRY BOWEN UK LTD., § <br> THE MILL (FACILITY) LIMITED, § <br> THE MILL GROUP, INC., § <br> ROGUE FILMS LTD., and DOES 1-3 § <br>     DEFENDANTS. § | IN THE UNITED STATES DISTRICT <br> COURT, FOR THE SOUTHERN DISTRICT <br> OF TEXAS – HOUSTON DIVISION |

## ORDER ON UNNOPOSED PARTIAL MOTION TO DIMISS UNDER RULE 41

The Court has considered Plaintiffs' Unopposed Rule 41 Motion for Partial Dismissal. The motion is **GRANTED**. Defendants Honda Motor Company, Ltd., Honda Manufacturing Ltd., and The Mill U.S. are dismissed from this proceeding without prejudice.

**SO ORDERED:**

_____       8/25/2014
JUDGE PRESIDING                                            Dated