IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN HAVEL, and <br> DEAN RUCK, <br><br> Plaintiffs, <br><br> VS. <br><br> HONDA MOTOR EUROPE LTD., <br> DENTSU MCGARRY BOWEN LLC, <br> DENTSU MCGARRY BOWEN UK LTD., <br> THE MILL (FACILITY) LIMITED, <br> ROGUE FILMS LTD., AND DOES 1-3, <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. H:13-1291 |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Opinion of today's date, Defendants Honda Motor Europe, Ltd., Dentsu McGarry Bowen LLC, and The Mill (Facility) Limited are dismissed from this proceeding without prejudice.

SIGNED on September 30, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge